# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, WESTERN DIVISION

QWASI, INC.,                          )
                                      )
                    Plaintiff,        )
                                      )
                                      )    Case No. _____
        v.                            )
                                      )    **JURY TRIAL REQUESTED**
                                      )
                                      )
ADVATEXT, LLC                         )
D/B/A AVIDMOBILE,                     )
                                      )
**SERVE AT:**                         )
208 W 19th Street                     )
Kansas City, Missouri 64108           )
                                      )
                    Defendant.        )

## COMPLAINT

Plaintiff, Qwasi, Inc. by and through its undersigned attorneys, brings this action against the Defendant, Advatext, LLC d/b/a Avidmobile, and hereby alleges the following:

## JURISDICTION AND VENUE

1.      This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that (i) there is complete diversity (Plaintiff is a Delaware corporation with its headquarters/principal place of business in New York, New York, and Defendant is a Missouri Limited Liability Company headquartered in Kansas City, Missouri); (ii) and the amount in controversy is greater than $75,000.

2.      This court has personal jurisdiction over the Defendant because Defendant is a Missouri Limited Liability Company with its principal place of business in Kansas City, Missouri.

1

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391, et seq. because the Defendant resides in this district. Specifically, Defendant's address for services of process is in Kansas City, Missouri and the Defendant is headquartered in Kansas City, Missouri.

## THE PARTIES

4. Qwasi, Inc. ("Plaintiff") is a Delaware corporation engaged in marketing, designing, developing and hosting services, with an expertise in the area of data collection and delivery via data-enabled mobile devices.

5. Plaintiff has a principal place of business located at 185 Madison Avenue, New York, New York 10016.

6. Defendant AdvaText, LLC d/b/a Avidmobile ("Defendant") is a Missouri Limited Liability Company with its headquarters located at 208 W 19th Street, Kansas City, Missouri 64108.

7. Defendant is engaged in text messaging mobile marketing with API for bulk wholesale SMS, email, text message coupons, and mobile websites.

## FACTS

8. Plaintiff and Defendant entered into an agreement in July 2010 (the "Agreement") whereby Plaintiff agreed that it would provide Defendant with short code services, the enterprise mobile marketing center and API services.

9. Shortly following the execution of the Agreement, the Plaintiff began providing the above-mentioned services to the Defendant (hereinafter the "Services").

10. The Agreement between the Parties specifically called for the Defendant to pay the Plaintiff a monthly service fee for all of the Services that were provided according to an agreed upon Fee Schedule.

2

11. The Agreement provided that all undisputed fees and expense reimbursements shall be payable by the Defendant by credit card at the beginning of each month.

12. The Agreement further provided that the Defendant would indemnify and hold harmless the Plaintiff from any and all claims, costs, liabilities and judgments, including reasonable attorney's fees arising from the breach or alleged breach of the Agreement by Defendant.

<u>**Facts Giving Rise to Claims for Damages**</u>

13. In June 2016, Defendant incurred a charge of $31,266.60, to which it did not make payment. The June 2016 invoice was sent to Defendant on July 1, 2016.

14. In July 2016, Defendant incurred a charge of $31,678.53, to which it did not make payment. The July 2017 invoice was sent to Defendant on August 1, 2016.

15. In August 2016, Defendant incurred another two charges totaling $33,502.97. The August 2016 invoice was sent to Defendant on September 1, 2016.

16. On September 21, 2016, Plaintiff issued a Suspension Notice to Defendant notifying it that it owed $64,746.28 from unpaid invoices in June and July 2016. Plaintiff notified Defendant that the Services were being suspended until payment was made.

17. On September 29, 2016, Robert Clifton, co-owner of Advatext, LLC d/b/a Avidmobile sent an email to Plaintiff offering a proposal to pay a portion of the outstanding balance in order to prevent the termination of the Services to Defendant. Mr. Clifton assured Plaintiff that Defendant would be current on its payments after the end of the month.

18. On September 30, 2016, Defendant incurred another two charges totaling $31,204.41.

19. On September 30, 2016, the Parties agreed to a payment schedule to avoid the interruption of the Services and agreed to cancel the issued suspension notice. Defendant assured Plaintiff that it would pay half of the June invoice on October 12, 2016, and half of the June invoice on October 20, 2016. Defendant assured Plaintiff that it would make payment in full of the outstanding debt by October 28, 2016.

20. On October 7, 2016, Defendant sent Plaintiff a wire transfer of $16,927.54 as a partial payment to the amount owed for the June 2016 invoice.

21. On October 11, 2016, Defendant sent Plaintiff a wire transfer for $ 14,339.06 to complete the balance for the June 2016 invoice.

22. On October 12, 2016, Defendant sent Plaintiff a wire transfer of $1,801.16 as a partial payment to the July 2016 outstanding balance.

23. On October 19, 2016, Plaintiff emailed Defendant to confirm that payment would be made the following day, as agreed.

24. On October 20, 2016, Defendant assured Plaintiff that the wire was scheduled and the funds would clear within three days.

25. On or about October 20, 2016, Defendant sent Plaintiff a screenshot of a bank wire transfer for $15,839.27.

26. On October 26, 2016, Plaintiff informed Defendant that the funds from the October 20th wire transfer were not received. Defendant alleged that the funds had not cleared due to a banking error and that Defendant would take care of it promptly.

27. On October 27, 2016, Plaintiff contacted Defendant to ask if they had heard anything from their bank regarding the wire transfer that was not received.

4

28. On October 28, 2016, Plaintiff contacted Defendant about the failed wire transfer and inquired about the remaining balance being paid as per the Agreement.

29. On October 31, 2016, Plaintiff incurred two charges totaling $31,078.21.

30. As of November 1, 2016, Defendant had a total outstanding balance of $127,464.12.

31. On November 2, 2016, Defendant informed Plaintiff that the service has been suspended and would not be reinstated unless payment was made on the outstanding balance.

32. In or about November 2016, Plaintiff retained counsel to collect the debt via Demand Letter.

33. On December 5, 2016, Plaintiff's attorney made demand upon Defendant to pay the outstanding balance and settle the debt.

34. In or about December 2016, Defendant's attorney and Plaintiff's attorney attempted to negotiate settlement to no avail. Defendant has since been unwilling to come to a reasonable settlement arrangement.

## COUNT I
## BREACH OF CONTRACT

35. Plaintiff repeats the foregoing allegations as if set forth at length herein.

36. In July 2010, the Parties entered into a written agreement for the provision of services by the Plaintiff to Defendant.

37. Plaintiff performed all duties, promises and obligations required of Plaintiff in accordance with the terms of the written agreement.

38. On or about June 2016, Defendant breached the agreement by failing to remit payments due in accordance with the written agreement executed between the Parties.

5

39.     Because of Defendant's breach of the terms of the agreement, Plaintiff has suffered damages of $127,464.12.

40.     Defendant is liable for attorney's fees paid by Plaintiff to enforce the agreement pursuant to the provisions of said agreement.

## COUNT II
## BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

41.     Plaintiff repeats the foregoing allegations as if set forth at length herein.

42.     In July 2010, the Parties entered into a written agreement for the provision of services by the Plaintiff to Defendant

43.     Every contract imposes a duty of good faith and fair dealing upon the Parties in enforcement and performance of the contract.

44.     By failing and/or refusing to pay to Plaintiff the fees relative to the services delivered to Defendant, Defendant has intentionally breached the implied covenant of good faith and fair dealing.

45.     Defendant's breach of the implied covenant of good faith and fair dealing is the direct and proximate cause of damages to the Plaintiff.

## COUNT III
## UNJUST ENRICHMENT

46.     Plaintiff repeats the foregoing allegations as if set forth at length herein.

47.     Defendant has been unjustly enriched as a result of Defendant's breach of the agreement between the Parties. Specifically, Defendant received services from Plaintiff without compensating Plaintiff for provision of such services as required by their written agreement. Consequently, Defendant has unfairly received a benefit to the Plaintiff's detriment.

6

48.    As a result, Plaintiff is entitled to recover the value of the benefit conferred as damages.

## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiff demands judgement against the Defendant for:

a.  Damages, restitution, and all appropriate legal and equitable relief

b.  Prejudgment and post-judgment interest

c.  Reasonable attorney's fees and costs

d.  Any other relief the Court deems appropriate

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury on all issues triable by jury.

Respectfully Submitted,

/s/ Michael A. Williams
Michael Williams, MO Bar No. 47538
Williams Dirks Dameron, LLC
1100 Main Street, Suite 2600
Kansas City, Missouri
mwilliams@williamsdirks.com
T: (816) 945-7110
F: (816) 945-7118

Kristin Grant (Pro Hoc Vice Pending)
Grant Attorneys at Law PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
T: (212) 520-6633
F: (646) 952-7733

*Attorneys for Plaintiff*

7